Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1539 | **DATE** | 5/24/2013 |
| **CASE TITLE** | Joseph Hill vs. Zimmer, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff Joseph Hill's amended motion to dismiss with prejudice Plaintiff's cause of action against all Defendants [851] filed in case No. 11 C 5468 is granted. The above cause is dismissed with prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|